

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICK WEST,<br><br>Defendant. | CR-16-28-M-DLC<br><br>FINDINGS AND<br>RECOMMENDATION<br>CONCERNING PLEA |

The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to one count of conspiracy to commit robbery in violation of 18 U.S.C. 1951(a) (Count I), one count of carjacking in violation of 18 U.S.C. § 2119 (Count III), and one count of possession and brandishing of a firearm in the furtherance of a crime of violence in violation of 18 U.S.C. § 924(c)(1)(A)(ii) (Count IX), as set forth in the Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss Counts II, IV through

FINDINGS AND RECOMMENDATION - Page 1

VIII, X and XII of the Indictment.

After examining the Defendant under oath, I have made the following determinations:

1. That the Defendant is fully competent and capable of entering an informed and voluntary plea,

2. That the Defendant is aware of the nature of the charge against him and consequences of pleading guilty to the charge,

3. That the Defendant fully understands his constitutional rights, and the extent to which he is waiving those rights by pleading guilty, and

4. That the plea of guilty is a knowing and voluntary plea, supported by an independent basis in fact sufficient to prove each of the essential elements of the offense charged.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that he fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true. Therefore, I recommend that the Defendant be adjudged guilty of Counts I, III, and IX of the Indictment, and that sentence be imposed. I further recommend that Counts II, IV through VIII, X and XII of the Indictment be dismissed.

**This report is forwarded with the recommendation that the Court defer**

FINDINGS AND RECOMMENDATION - Page 2

**a decision regarding acceptance until the Court has reviewed the Plea Agreement and the presentence report.**

DATED this 3rd day of November, 2016.

*Jeremiah C. Lynch*
Jeremiah C. Lynch
United States Magistrate Judge